UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LUIS ALBERTO ALVAREZ, JR,

    Plaintiff,

  - against -                                No. 16-cv-4156 (CM)

NATIONAL DEBT RELIEF LLC,
DANIEL TILIPMAN and ALEX KLEYNER

    Defendants.
---------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/16
```

## ORDER

McMahon, J.:

A central issue in this FLSA case is the enforceability of an arbitration clause compelling Plaintiff Luis Alberto Alvarez to arbitrate his claims individually. The validity of such clauses is currently before the Second Circuit in *Patterson v. Raymours Furniture Company, Inc.*, 15-2820. As such, all proceedings in this case are stayed pending the Second Circuit's decision in that action.

Defendant's motions to dismiss, or in the alternative to stay the proceeding and compel arbitration (Dkt No. 6), is administratively closed pending the Second Circuit decision.

Dated: July 25, 2016

                                                          _____
                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL

1