UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Luis Alberto Alvarez, Jr.     Plaintiff,            Case No. 1:16-cv-04156(CM)

　　-against-

National Debt Relief LLC, Daniel
Tilipman, and Alex Kleyner    Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Liane Fisher**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LF5708     My State Bar Number is 4397980

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Serrins Fisher LLP
            FIRM ADDRESS: 233 Broadway, Suite 2340, New York, NY 10279
            FIRM TELEPHONE NUMBER: 212-571-0700
            FIRM FAX NUMBER: 212-233-3801

NEW FIRM:   FIRM NAME: Fisher Taubenfeld LLP
            FIRM ADDRESS: 225 Broadway, Suite 1700, New York, NY 10007
            FIRM TELEPHONE NUMBER: 212-571-0700
            FIRM FAX NUMBER: 212-505-2001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:
9/20/16

ATTORNEY'S SIGNATURE