UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIS ALBERTO ALVAREZ, JR.,
individually and on behalf of others similarly
situated,

        Plaintiff,

    -against-                                                No. 16 Civ. 4156 (CM)

NATIONAL DEBT RELIEF LLC,
DANIEL TILIPMAN, and ALEX
KLEYNER,

        Defendants.

------------------------------------------------------------x

**ORDER**

McMahon, C.J.:

    Pursuant to Docket No. 15, my deputy clerk administratively closed Defendants' motion to dismiss, or in the alternative to stay the proceeding and compel arbitration (Dkt. No. 6), pending the Second Circuit's decision in *Patterson v. Raymours Furniture Co.*, 659 F. App'x 40 (2d Cir. 2016).

    As the Second Circuit has issued its decision in *Patterson*, Defendants are directed to re-file their motion to dismiss, or in the alternative to stay the proceeding and compel arbitration, by Friday, May 5, 2017.

    Any opposition to Defendants' motion is due no later than Friday, May 19, 2017.

Dated: May 2, 2017

                                                          Chief Judge

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2017

1